HAYES *v.* TOCCOA ELECTRIC POWER COMPANY *et al.*

PER CURIAM. This case is controlled by the decision in *Garrison* v. *Toccoa Electric Power Co.*, ante.

*Judgment affirmed. All the Justices concur, except Atkinson, J., who dissents.*